UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **19-1391**



AARON EDMONDS TYSON, Appellant

v.

SUPERINTENDENT HOUTZDALE SCI;
ATTORNEY GENERAL PENNSYLVANIA

(M.D. Pa. Civ. No. 3:13-cv-02609)



**ORDER**



Present:      JORDAN, RESTREPO, and GREENBERG, Circuit Judges



        To correct a typographical error in footnote 8 of the precedential opinion filed on September 23, 2020, that opinion is VACATED and an amended opinion is filed contemporaneously with this order.  This order does not alter the judgment filed on September 23, 2020.  That judgment remains in full force and effect.



                                By the Court,

                                s/ L. Felipe Restrepo
                                Circuit Judge


Dated: September 24, 2020
Lmr/cc: Michael Wiseman
Mark S. Matthews